PETER GOODMAN, ESQ.
State Bar No. 65975
400 Montgomery Street, Second Floor
San Francisco, California  94104
Telephone: (4l5) 781-8866
Facsimile:  (415) 781-2266

Attorney for Defendant
MARIO OCHOA-GONZALEZ

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>            Plaintiff,<br><br>      vs.<br><br>MARIO OCHOA-GONZALEZ,<br><br>            Defendant.<br>_____ | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) | NO. 3:12-MJ-70293<br><br>STIPULATION AND ~~[PROPOSED]~~ ORDER CONVERTING DATE FOR PRELIMINARY HEARING TO STATUS CONFERENCE DATE AND CONTINUING PRELIMINARY HEARING<br><br>AS AMENDED |

The United States of America, by its attorneys, Melinda Haag, United States

Attorney, and Assistant United States Attorney ("AUSA") W.S. Wilson Leung, of counsel,

and defendant MARIO OCHOA-GONZALEZ, by his attorney, Peter Goodman, hereby

submit this Stipulation and [Proposed] Order requesting that the August 23, 2012, date

currently set for the preliminary hearing in this matter be converted to a date for a status

conference and the preliminary hearing in this matter be set for September 24, 2012.

The parties hereby stipulate and agree to the following:

      1.      On March 13, 2012, defendant MARIO OCHOA-GONZALEZ was charged

in a criminal complaint with violating 21 U.S.C. §841(a)(1) and (b)(1)(B) and 18 U.S.C.

§924(c)(1)(A) and 2.  The defendant was arrested and subsequently brought before the

Honorable Nathanael M. Cousins on March 15, 2012.  Federal Public Defender ("FPD")

Steven Kalar was appointed to represent the defendant who waived his right to seek bail

without prejudice to any future bail applications.

2.      After his initial appearance, AUSA Leung and FPD Kalar attempted to resolve this matter prior to the filing of an indictment.  However, on April 16, 2012, due to a conflict of interest, FPD Kalar withdrew as counsel of record for defendant OCHOA-GONZALEZ and Peter Goodman was appointed as CJA counsel for the defendant.

3.      Since Mr. Goodman's appointment, the parties have continued their plea discussions and have made progress toward a resolution of this matter but need some additional time to accomplish that resolution.  Accordingly, the parties request that the August 23, 2012, date currently set for the preliminary hearing to converted to a status conference date and the preliminary hearing in this matter be continued to September 24, 2012, in order for the parties to pursue their plea discussions.  Should this request be granted, the parties submit and agree that time should properly be excluded under the Speedy Trial Act until September 24, 2012, in the interests of justice and to ensure the effective assistance of counsel.

SO STIPULATED

DATED:    August 20, 2012

                                    MELINDA HAAG
                                    United States Attorney


                              By:  _____/s/_____
                                    W.S. WILSON LEUNG
                                    Assistant United States Attorney

SO STIPULATED

DATED:   August 20, 2012




                                    _____/s/_____
                                    PETER GOODMAN
                                    Attorney for Defendant
                                    MARIO OCHOA-GONZALEZ

///

1         <u>ORDER CONTINUING PRELIMINARY HEARING</u>

2        Based on the stipulation of the parties and good cause appearing, IT IS HEREBY

3 ORDERED that the date for the preliminary hearing in this matter, which is presently set

4 for August 23, 2012, be converted to a status conference date and that the preliminary

5 hearing be continued to September 24, 2012. ~~The parties further stipulate and agree~~

6 ~~that time under the Speedy Trial Act be excluded through September 24, 2012.~~

7 DATED:   August 22, 2012



10                                _____

11 ELIZABE[TH]                      JUDGE
   UNITED [STATES]

IT IS SO ORDERED
AS MODIFIED

Judge Elizabeth D. Laporte